**Michael P. MURPHY, Plaintiff–Appellant,**

v.

**Michelle MARTIN, et al., Defendants,**

**Officer Johns, Defendant–Appellee.**

No. 06–11150
Non–Argument Calendar.
D.C. Docket No. 05–00301–CV–BBM–1.

United States Court of Appeals,
Eleventh Circuit.

July 7, 2006.

McNeill Stokes, Atlanta, GA, for Plaintiff–Appellant.

Annarita McGovern Busbee, Seacrest, Karesh, Tate & Bicknese, LLP, Atlanta, GA, for Defendant–Appellee.

Before DUBINA, BLACK and HULL, Circuit Judges.

PER CURIAM:

Michael P. Murphy appeals the district court's grant of summary judgment to Officer Courtney Johns in Murphy's 42 U.S.C. § 1983 action. Murphy asserts the district court erred in: (1) holding he had not exhausted his remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a); (2) concluding an action cannot be brought under § 1983 for violations of civil rights that are defined as "torture" under 18 U.S.C. § 2340A; and (3) declining to exercise supplemental jurisdiction over his remaining state law claims. After a de novo review of the parties' arguments

and the record, we affirm for the reasons stated in the district court's well-reasoned February 13, 2006, Order granting Johns' motion for summary judgment.

AFFIRMED.